**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6180**

_____

DOUGLAS RAYMOND NELSON,

Plaintiff - Appellant,

and

KATHLENE MAE NELSON,

Plaintiff,

versus

GANNETT NEWS SERVICE,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-905)

_____

Submitted: July 22, 1998          Decided: August 6, 1998

_____

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Douglas Raymond Nelson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Raymond Nelson appeals from the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West 1994 & Supp. 1998) complaint. The district court dismissed Nelson's complaint without prejudice for failure to comply with Fed. R. Civ. P. 8(a)(2). Because a dismissal without prejudice is not generally appealable, we dismiss the appeal. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2